**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE APPLICATION OF ACHIM KRAEMER

                     Petitioner,

for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2018
```

Misc. Case No.

~~[PROPOSED]~~ ORDER

    The Court, having reviewed Petitioner Achim Kraemer's *ex parte* Petition for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, the Memorandum of Law in support thereof, and the Declaration of Ian Ryan and the exhibits attached thereto, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the discretionary factors weigh in favor of granting Mr. Kraemer's application.

    It is therefore ORDERED that Mr. Kraemer is granted leave to serve on Bloomberg L.P. the subpoena annexed as Exhibit B to the Petition.

    SO ORDERED

Dated: _____March 7_____, 2018
       New York, New York

SO ORDERED.

_____
United States District Judge
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE